# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Benton, William D. | U.S. Court of Appeals, 8th Cir | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge (active) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
400 E. 9th St.
Kansas City MO 64106

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Freedom's Frontier National Heritage Area |
| 2. | Trustee | Trust #1 |
| 3. | Director | Kansas City Rotary Club Foundation |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | State of Missouri - judicial retirement | $77,362.88 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Rotary International | Feb. 29-Mar. 1, 2016 | Evanston IL | civic organization meeting | transportation, meals and hotel |
| 2. | Rotary International | Mar. 7-8, 2016 | Evanston IL | civic organization meeting | transportation, meals and hotel |
| 3. | Pepperdine Law School | Mar. 16-19, 2016 | Malibu CA | teach at Federal Clerkship Institute | transportation, meals and hotel |
| 4. | Rotary International | Apr. 7-15, 2016 | Chicago IL | civic organization meeting | transportation, meals and hotel |
| 5. | American Legion | Sep. 23-25, 2016 | Indianapolis IN | civic organization meeting | transportation, meals and hotel |
| 6. | National Governors Association | Sep. 29-Oct. 1, 2016 | San Diego CA | professional organzation meeting | transportation, meals and hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

| 7. | Newseum Institute | Nov. 10-11, 2016 | Denver CO | Justice and Journalism Conference | transporation, meals and hotel |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Benton, William D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Equifax Inc. common stock | B | Dividend | L | T | Sold (part) | 05/13/16 | K | E | |
| 2. GE common stock | A | Dividend | J | T | | | | | |
| 3. Federated Clover Value Fund A VFCAX | A | Dividend | | | Sold | 05/13/16 | J | | |
| 4. Oppenheimer Main Street Fund A MSIGX | A | Dividend | J | T | | | | | |
| 5. Wells Fargo Emerging Growth Fund A (formerly "Small Cap") WEMAX | B | Distribution | K | T | | | | | |
| 6. US Bancorp common stock | A | Dividend | J | T | | | | | |
| 7. MOST 529 plan fund #1-Vanguard Aggressive Growth Portfolio | | None | J | T | | | | | |
| 8. MOST 529 plan fund #2-Vanguard Interest Accumulat'n Portfoli | A | Interest | J | T | | | | | |
| 9. AIG American General universal life policy | B | Interest | K | T | | | | | |
| 10. IRA # 1 | | | | | | | | | |
| 11. - Wells Fargo Bank deposit program | A | Interest | J | T | | | | | |
| 12. -First Tr Global Tactical Commodity Stretegy Fund FTGC | A | Dividend | | | Sold | 09/16/16 | J | | |
| 13. -Ishares Russell 1000 Value IWD | A | Dividend | J | T | | | | | |
| 14. -Ishares Core S&P 500 Index Fd IVV | A | Dividend | J | T | | | | | |
| 15. -Ishares TIP Bond TIP | A | Interest | J | T | | | | | |
| 16. -Powershares EM Mar Sov De PT PCY | A | Dividend | J | T | | | | | |
| 17. -SPDR Bloomberg Barclays High Yield Bond ETF JNK | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -SPDR S&P Intl Small Cap GWX | A | Dividend | J | T | | | | | |
| 19. -Vanguard FTSE Dev Markets ETF VEA | A | Dividend | J | T | | | | | |
| 20. -Vanguard Intl Equity Index Fds FTSE Emerging Mkts ETF VWO | A | Dividend | J | T | | | | | |
| 21. -Vanguard Mid Cap VO | A | Dividend | J | T | | | | | |
| 22. -Vanguard REIT VNQ | A | Distribution | J | T | | | | | |
| 23. -Vanguard Short Term Bond ETF BSV | A | Interest | J | T | | | | | |
| 24. -Vanguard Small Cap Valu ETF VBR | A | Dividend | J | T | | | | | |
| 25. -Vanguard Small Cap VB | A | Dividend | J | T | | | | | |
| 26. -Vanguard Total Bond Market BND | A | Interest | J | T | | | | | |
| 27. -Vanguard Total Intl Bond BNDX | A | Interest | | | Sold | 09/16/16 | J | | |
| 28. -Vanguard Intermediate Term Corp Bond ET VEA | A | Interest | J | T | Buy | 09/16/16 | J | | |
| 29. -Vanguard Mid-Cap Value Index Fund VOE | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 30. -Vanguard Totat Stock Market ETF VTI | A | Dividend | J | T | Buy | 09/16/16 | J | | |
| 31. IRA # 2 | | | | | | | | | |
| 32. -Deutsche Secs Tr Enhanced Comm Strat Fd Instl Class SKIRX | A | Dividend | J | T | | | | | |
| 33. -Deutsche Secs Tr Global Real Est Secs Fd Instl Class RRGIX | | None | | | Sold | 05/16/16 | J | | |
| 34. -American High Income Trust Class F2 AHIFX | A | Dividend | | | Sold | 07/19/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Advisors Inner Circle Cambiar Small Cap Rd Inv Class CAMSX | | None | | | Sold | 05/16/16 | J | | |
| 36. -Delaware Group Equity Fds II-Value Fd Instl Class DDVIX | A | Dividend | | | Sold | 05/16/16 | J | | |
| 37. -Bond Fund of Amer Class F2 ABNFX | A | Interest | J | T | | | | | |
| 38. -Victory Portfolios RS (was Invt Tr) Small Cap Growth Fd Cl Y RSYEX | A | Dividend | J | T | | | | | |
| 39. -Goldman Sachs Tr Strategic Income Fd Class Instl SHS GSZIX | A | Dividend | | | Sold | 09/20/16 | J | | |
| 40. -Goldman Sachs Tr Finl Sq Treas Instrs Fd Instl Class FTIXX | A | Interest | J | T | | | | | |
| 41. -American Funds Growth Fund of Am Class F2 GFFFX | A | Dividend | J | T | | | | | |
| 42. -Harbor Fd Cap Appreciation Fd Instl Class HACAX | A | Dividend | | | Sold | 09/20/16 | J | | |
| 43. -American Funds New World Fund Class F2 NFFFX | A | Dividend | J | T | | | | | |
| 44. -American Funds Washington Mutual Fd F2 WMFFX | A | Dividend | J | T | | | | | |
| 45. -Janus Invt Fd Flexible Bd Fd Class I JFLEX | A | Interest | J | T | | | | | |
| 46. -John Hancock Funds III Disciplined Value Mid Cap Fd Class 1 JVMIX | A | Dividend | J | T | | | | | |
| 47. -American EuroPacific Growth FU Class F2 AEPFX | A | Dividend | J | T | | | | | |
| 48. -Nuveen Invt Fds Inc Real Estate Secs Fund Class 1 FARCX | A | Distribution | J | T | | | | | |
| 49. -Virtus Emerging Markets Opportunities Fnd Class 1 HIEMX | A | Dividend | | | Sold | 05/16/16 | J | | |
| 50. -SmallCap World Fd Inc. Class F2 SMCFX | | None | | | Sold | 05/16/16 | J | | |
| 51. -Victory Portfolios Munder Mid Cap Core Growth Fd Class Y MGOYX | A | Dividend | | | Sold | 05/16/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -American Cap World Bd class F2 BFWFX | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 53. -Fidelity Advisor Emerging Mrkts Inc Cl1 FMKIX | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 54. -Janus Funds Janus Perkins Small Cap Value Fd Cl1 JSCOX | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 55. -Lazard Fds Inc Emerging Mkts Port Instl Shs LZEMX | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 56. -Metropolitan West Fds Total Return Bd Fd Cla MWTIX | A | Dividend | J | T | Buy | 09/20/16 | J | | |
| 57. -JP Morgan Fds JP Morgan Intrepid Value Fd Select Cl Shares JPIVX | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 58. -JP Morgan Tr II High Yield Fd Select Cl OHYFX | A | Dividend | J | T | Buy | 07/19/16 | J | | |
| 59. -Brookfield Invt Funds Global Listed Real Estate Fd Cl Y BLRYX | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 60. -Prudential Jennison Mid-Cap Growth Fnd Cl Z PEGZX | A | Dividend | J | T | Buy | 05/17/16 | J | | |
| 61. -T Rowe Price Blue Chip Growth Fund TRBCX | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 62. Pfizer Inc. common stock | A | Dividend | J | T | Buy (add'l) | 05/27/16 | J | | |
| 63. Chimera Investment Corp. | A | Dividend | | | Sold | 05/13/16 | J | | |
| 64. Federated High Income Bond Fund class C FHICX | A | Interest | | | Sold | 05/13/16 | K | | |
| 65. Lord Abbett High Yield Muni Bond Fund - HYMCX | B | Int./Div. | K | T | | | | | |
| 66. Nuveen High Yield Municipal Bond Fund class C NHMCX | A | Int./Div. | K | T | | | | | |
| 67. Oppenheimer Global Strategic Income Fund C OSICX | A | Dividend | | | Sold | 05/16/16 | K | | |
| 68. American International Group Inc. common stock | A | Dividend | K | T | Sold (part) | 05/16/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Clearbridge Energy MLP Total Return Fund Inc. CTR | A | Dividend | | | Sold | 05/16/16 | J | | |
| 70. Gramercy Property Trust (formerly Chambers street) PPTYS - CSG | A | Dividend | | | Sold | 05/13/16 | K | B | |
| 71. Calamos Invt Tr New Evolving Worlds Growth class C - CNWDX | A | Dividend | | | Sold | 05/13/16 | K | | |
| 72. Federated Kaufmann Large Cap FD class C - KLCCX | A | Dividend | K | T | | | | | |
| 73. Federated Global Alloc FD class C - FSBCX | A | Dividend | | | Sold | 05/13/16 | K | | |
| 74. First Eagle Sogen Global Fd class C - FESGX | A | Dividend | | | Sold | 05/13/16 | K | | |
| 75. Federated Intl Strategic Value Div FD class C - IVFCX | A | Dividend | | | Sold | 05/13/16 | J | | |
| 76. Ivy Fds Inc asset Strategy FD class C - WASCX | A | Dividend | | | Sold | 05/13/16 | K | | |
| 77. Lord Abbett Intl Div Income FD class C - LIDCX | A | Dividend | | | Sold | 05/13/16 | J | | |
| 78. Nuveen Municipal Trust High Yield Mun Bond Fd class C - NHCCX | A | Dividend | K | T | | | | | |
| 79. Putnam Fds Tr Capital Spectrum Fd class C PVSCX | A | Dividend | | | Sold | 05/13/16 | K | | |
| 80. Nuveen All Cap Energy MLP Opportunities Fd - JMLP | A | Dividend | | | Sold | 05/13/16 | J | | |
| 81. American Balanced Fund Cl A | B | Distribution | K | T | | | | | |
| 82. Capital Income Builder Fund Cl A | B | Dividend | L | T | | | | | |
| 83. Income Fund of America Fund Cl A | B | Distribution | L | T | | | | | |
| 84. American Funds Global Balanced Fund Cl A | A | Dividend | K | T | | | | | |
| 85. Agrium Inc AGU | A | Dividend | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Altria Group Inc. MO | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 87. Amgen Inc. AMGN | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 88. Apple Inc AAPL | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 89. Big Lots Inc. BIG | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 90. Capital One Financial Corp. COF | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 91. CBS Corp Cl B CBS | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 92. Centene Corp. CNC | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 93. Check Point Software Tech Ltd CHKP | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 94. Cisco Systems Inc. CSCO | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 95. Citigroup Inc New C | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 96. Coresite Realty Corp COR | A | Dividend | J | T | Buy | 08/11/16 | J | | |
| 97. Delphi Automotive PLC DLPH | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 98. Delta Air Lines Inc New DAL | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 99. Exxon Mobil Corp XOM | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 100. First Republic Bank San.Fran. CA FRC | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 101. First Trust Dow Jones Internet Index Fund FDN | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 102. Foot Locker Inc FL | A | Dividend | J | T | Buy | 05/27/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Gilead Sciences Inc GILD | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 104. Harley Davidson Inc HOG | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 105. Home Depot Inc HD | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 106. HP Inc HPQ | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 107. Huntington Ingalls Industries Inc HII | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 108. Icon PLC ICLR | A | Dividend | J | T | Buy | 11/29/16 | J | | |
| 109. Ingredion Inc INGR | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 110. Intel Corp. INTC | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 111. International Paper Co IP | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 112. IShares Iboxx ET Investment Grade Corp Bd LQD | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 113. IShares Iboxx ET High Yield Corp Bond HYG | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 114. IShares JP Morgan USD Emerging Markets Bond EMB | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 115. IShares Russell Midcap IWR | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 116. Johnson & Johnson JNJ | A | Dividend | J | T | Buy | 06/01/16 | J | | |
| 117. JP Morgan Chase & Co JPM | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 118. Maxim Integrated Prods Inc MXIM | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 119. Medtronic PLC MDT | A | Dividend | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Metlife Inc MET | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 121. Microsoft Corp MSFT | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 122. Nextera Energy Inc NEE | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 123. Pentair PLC PNR | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 124. Powershares ET Preferred Portfolio PGX | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 125. Powershares DB ET Commodity Index Tracking Fund DBC | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 126. Powershares Em Mar ET Sov De Pt PCY | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 127. Powershares S&P ET Smallcap Financials Portfolio PSCF | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 128. Powershares S&P ET Smallcap Information Tech Portfolio PSCT | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 129. Qualcomm Inc. QCOM | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 130. Quest Diagnostics Inc DGX | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 131. Regency Centers Corp REIT REG | A | Distribution | J | T | Buy | 05/27/16 | J | | |
| 132. Ross Stores Inc (Calif) ROST | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 133. SPDR Bloomberg ET Barclays High Yield Bond ETF JNK | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 134. Tessera Holding Corp TSRA | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 135. Thor Industries THO | A | Dividend | J | T | Buy | 08/18/16 | J | | |
| 136. Trustmark Corp TRMK | A | Dividend | J | T | Buy | 08/18/16 | J | | |

| | | |
|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| (See Column C2) | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. United States ET Commodity Index Fund USCI | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 138. United Technologies Corp UTX | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 139. USG Corp New USG | A | Dividend | J | T | Buy | 11/29/16 | J | | |
| 140. Vanguard FTSE ET Pacific VPL | A | Dividend | J | T | Buy | 10/12/16 | J | | |
| 141. Vanguard FTSE ET Developed Markets ETF VEA | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 142. Vanguard Intl Equity ET Index Fds FTSE Emerging Mkts ETF VWO | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 143. Vanguard REIT ET VNQ | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 144. Vanguard Short Term ET Corp BD VCSH | A | Dividend | J | T | Buy | 08/17/16 | J | | |
| 145. Vanguard Total Bond ET Market BND | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 146. Verizon Communications Com VZ | A | Dividend | J | T | Buy | 11/10/16 | J | | |
| 147. Walgreens Boots Alliance Inc WBA | A | Dividend | J | T | Buy | 06/28/16 | J | | |
| 148. Whirlpool Corp WHR | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 149. 3M Co MMM | A | Dividend | J | T | Buy | 05/27/16 | J | | |
| 150. Philip Morris Intl Inc Bonds | A | Interest | J | T | Buy | 05/27/16 | J | | |
| 151. Goldman Sachs Group Bonds | A | Interest | J | T | Buy | 05/27/16 | J | | |
| 152. AT&T senior unsecured Bonds | A | Interest | J | T | Buy | 05/27/16 | J | | |
| 153. Verizon Communications senior unsecured Bonds | A | Interest | J | T | Buy | 05/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Gilead Sciences Inc senior unsecured Bonds | A | Interest | J | T | Buy | 05/27/16 | J | | |
| 155. Apple Inc senior unsecured Bonds | A | Interest | J | T | Buy | 05/27/16 | J | | |
| 156. Home Depot Inc senior unsecured Bonds | A | Interest | J | T | Buy | 09/27/16 | J | | |
| 157. Cisco Systems Inc senior unsecured Bonds | A | Interest | J | T | Buy | 09/27/16 | J | | |
| 158. JP Morgan Chase senior unsecured Bonds | A | Interest | J | T | Buy | 07/20/16 | J | | |
| 159. Express Scripts Holding senior unsecured Bonds | A | Interest | J | T | Buy | 07/26/16 | J | | |
| 160. U.S. Treasury Bonds | A | Interest | K | T | Buy | 05/27/16 | K | | |
| 161. Actavis Funding Scs senior unsecured Bonds | A | Interest | J | T | Buy | 05/27/16 | J | | |
| 162. Trust #1 | | | | | | | | | |
| 163. - Edward Jones money-market fund | A | Interest | J | T | | | | | |
| 164. - American Balanced Fund Cl A | A | Dividend | L | T | | | | | |
| 165. - Capital Income Builder Fund A | B | Dividend | L | T | | | | | |
| 166. - Franklin Balanced Fund Cl A | A | Dividend | K | T | | | | | |
| 167. - Income Fund of America Fund A | B | Dividend | L | T | | | | | |
| 168. - American Funds Global Balanced Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Benton, William D. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The Vanguard Aggressive Growth Portfolio, listed on line 7 of Part VII, invests in two stock funds: (1) Vanguard Institutional Total Stock Market Index Fund (60%), and Vanguard Total Internatonal Stock Index Fund (40%). This allocation is made by the MOST plan, not by me.

The Vanguard Interest Accumulation Portfolio, listed on line 8 of Part VII, directs all its assets into Vanguard Short Term Reserves Account, which, in turn, invests in (1) Vanguard Federal Money Market Fund, and (2) funding agreements issued by one or more insurance companies, banks, and other issuers. This allocation is made by the MOST plan, not by me, and I do not know any specifics of item (2).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **William D. Benton**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544